**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Carl L. Fessenden, SBN 161494
Glen A. Williams, SBN 257665
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants COUNTY OF SACRAMENTO and SACRAMENTO COUNTY SHERIFF'S DEPUTIES

Joshua Kaizuka
**LAW OFFICES OF MARK E. MERIN**
2001 "P" Street, Suite 100
Sacramento, CA 95814
TEL:  916.443.6911
FAX:  916.447.8336

Attorneys for Plaintiffs CHANTE N. QUINTERO and NOLBERTO QUINTERO

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHANTE N. QUINTERO and NOLBERTO QUINTERO,<br><br>         Plaintiff,<br><br>vs.<br><br>CITY OF ELK GROVE, ELK GROVE POLICE OFFICER E. MONTGOMERY (BADGE #143); ELK GROVE POLICE OFFICER J. MAGDELANO (Badge #124); ELK GROVE POLICE OFFICER MILLER (BADGE #157); COUNTY OF SACRAMENTO; ELK GROVE CITY POLICE OFFICERS DOES 1 THROUGH 10; SACRAMENTO SHERIFF'S DEPUTIES DOES 11 THROUGH 20,<br><br>         Defendants.<br>_____/ | Case No. 07-2731 JAM DAD<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANTS COUNTY OF SACRAMENTO AND SACRAMENTO COUNTY SHERIFF'S DEPUTIES DOES 11-20, WITH PREJUDICE, PURSUANT TO F.R.C.P. SECTION 41(A)(1)**<br><br>Complaint Filed:         12/18/07<br>Amended Complaint Filed:   01/22/08 |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs CHANTE N. QUINTERO and NOLBERTO QUINTERO, and Defendants COUNTY OF SACRAMENTO and SACRAMENTO COUNTY SHERIFF'S DEPUTIES DOES 11-20, by and through their undersigned

counsel, that this action be dismissed as to Defendants COUNTY OF SACRAMENTO and SACRAMENTO COUNTY SHERIFF'S DEPUTIES DOES 11 - 20, only, with prejudice, with each side to bear their own attorney's fees and costs, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

**IT IS SO STIPULATED.**

Dated:  June 1, 2009

PORTER SCOTT
A PROFESSIONAL CORPORATION

By _____
Carl L. Fessenden
Glen A. Williams
Attorney for Defendants
COUNTY OF SACRAMENTO and
SACRAMENTO COUNTY SHERIFF'S
DEPUTIES

Dated:  June 1, 2009

LAW OFFICES OF MARK MERIN

By _____
Joshua Kaizuka
Attorneys for Plaintiffs CHANTE QUINTERO and NOLBERTO QUINTERO

**ORDER**

Good cause appearing, this matter is dismissed as to Defendants COUNTY OF SACRAMENTO and SACRAMENTO COUNTY SHERIFF'S DEPUTIES DOES 11 -20, only, with prejudice, with each side to bear their own attorney's fees and costs.

**IT IS SO ORDERED**

Dated: June 1, 2009

/s/ John A. Mendez
United States District Court Judge
Eastern District of California