BRUCE A. KILDAY, ESQ., SB No. 066415     (SPACE BELOW FOR FILING STAMP ONLY)
**ANGELO, KILDAY & KILDUFF**
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA  95825
Telephone:  (916) 564-6100
Telecopier:  (916) 564-6263

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHANTE N. QUINTERO, | Case No.: 2:07cv2731 JAM-DAD |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER CONTINUING PRETRIAL CONFERENCE** |
| CITY OF ELK GROVE; ELK GROVE POLICE OFFICER E. MONTGOMERY (BADGE #143); COUNTY OF SACRAMENTO; ELK GROVE CITY POLICE OFFICERS DOES 1 THROUGH 10; SACRAMENTO SHERIFF'S DEPUTIES DOES 11 THROUGH 20. | |
| Defendants. | |

The parties, through their respective counsel, are currently engaged in settlement discussions, and wish to continue the pretrial conference to minimize mutual expenses in the hope of reaching a settlement. The parties request that the settlement conference, currently

///

///

///

-1-
STIPULATION AND ORDER CONTINUING PRETRIAL CONFERENCE

PDF created with pdfFactory trial version www.pdffactory.com

1  scheduled for August 21, 2009 at 3:00 p.m. be rescheduled to Friday, September 11, 2009 at 2:00
2  p.m.

3  Dated:  August 13, 2009                    ANGELO, KILDAY & KILDUFF

4                                                              */s/ Bruce A. Kilday*
5                                             By:_____
                                                  BRUCE A. KILDAY
6                                                 Attorneys for Defendants

9  Dated:  August 13, 2009                    LAW OFFICES OF MARK MERIN

10                                                            */s/ Joshua Kaizuka*
11                                            By:_____
                                                  JOSHUA KAIZUKA
12                                                Attorney for Plaintiff

## **ORDER**

GOOD CAUSE APPEARING the pretrial conference is continued to September 11, 2009 at 2:00 p.m.  A joint pretrial statement shall be filed on or before September 4, 2009.

Dated:  August 13, 2009

                                              /s/ John A. Mendez_____
                                              JOHN A. MENDEZ
                                              JUDGE OF THE U.S. DISTRICT COURT

PDF created with pdfFactory trial version www.pdffactory.com