| | |
|---|---|
| BRUCE A. KILDAY, ESQ., SB No. 066415 | (SPACE BELOW FOR FILING STAMP ONLY) |

**ANGELO, KILDAY & KILDUFF**
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA  95825
Telephone:  (916) 564-6100
Telecopier:  (916) 564-6263

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHANTE N. QUINTERO, | Case No.: 2:07cv2731 JAM-DAD |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO CONTINUE PRETRIAL CONFERENCE AND TRIAL** |
| CITY OF ELK GROVE; ELK GROVE POLICE OFFICER E. MONTGOMERY (BADGE #143); COUNTY OF SACRAMENTO; ELK GROVE CITY POLICE OFFICERS DOES 1 THROUGH 10; SACRAMENTO SHERIFF'S DEPUTIES DOES 11 THROUGH 20. | |
| Defendants. | |

    Whereas the death of a family member has made it impossible for the parties to comply with the existing scheduling order, the parties, through their respective counsel, hereby stipulate that the Pretrial Conference will be continued to September 25, 2009 at 2:00 p.m., with a

///

///

///

PDF created with pdfFactory trial version www.pdffactory.com

Joint Pretrial Statement due on September 18, 2009.  The trial in this matter is continued to November 2, 2009, commencing at 9:00 a.m. in this department.

Dated:  September 9, 2009                    ANGELO, KILDAY & KILDUFF

                                                        */s/ Bruce A. Kilday*
By:_____
  BRUCE A. KILDAY
  Attorneys for Defendants

Dated:  September 9, 2009                    LAW OFFICES OF MARK MERIN

                                                        */s/ Joshua Kaizuka*
By:_____
  JOSHUA KAIZUKA
  Attorney for Plaintiff

## ORDER

GOOD CAUSE APPEARING it is so ordered.

Dated:  September 9, 2009

                                                   /s/ John A. Mendez_____
                                                     JOHN A. MENDEZ
                                                     JUDGE OF THE U.S. DISTRICT COURT

PDF created with pdfFactory trial version www.pdffactory.com