BRUCE A. KILDAY, ESQ., SB No. 066415
**ANGELO, KILDAY & KILDUFF**
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA 95825
Telephone: (916) 564-6100
Telecopier: (916) 564-6263

Attorneys for Defendants, CITY OF ELK GROVE and ELK GROVE POLICE OFFICER E. MONTGOMERY (BADGE #143), ELK GROVE POLICE OFFICER J. MAGDELANO (BADGE #124) and ELK GROVE POLICE OFFICER MILLER (BADGE #157)

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHANTE N. QUINTERO,<br><br>             Plaintiff,<br><br>vs.<br><br>CITY OF ELK GROVE; et al.<br><br>             Defendants. | Case No.: 2:07cv2731 JAM-DAD<br><br>**STIPULATION TO DISMISS WITH PREJUDICE** |

The parties, through their respective counsel, hereby stipulate that this action shall be dismissed with prejudice. It is further stipulated that the parties are to bear their own costs, including all attorney's fees.

Dated: October 6, 2009                          ANGELO, KILDAY & KILDUFF

                                                          */s/ Bruce A. Kilday*
                                       By:_____
                                            BRUCE A. KILDAY
                                            Attorneys for Defendants

PDF created with pdfFactory trial version www.pdffactory.com

| | | |
|---|---|---|
| 1 | Dated: October 6, 2009 | LAW OFFICES OF MARK MERIN |
| 2 | | */s/ Joshua Kaizuka* |
| 3 | | By:_____ |
| 4 | | JOSHUA KAIZUKA<br>Attorney for Plaintiff |

## **ORDER**

IT IS SO ORDERED.

Dated: October 6, 2009

/s/ John A. Mendez
JOHN A. MENDEZ
JUDGE OF THE U.S. DISTRICT COURT

-2-
STIPLUATION TO DISMISS WITH PREJUDICE

PDF created with pdfFactory trial version www.pdffactory.com